A13A0936. GEORGIA DEPARTMENT OF COMMUNITY
HEALTH v. NORTHSIDE HOSPITAL, INC.
A13A0937. KENNESTONE HOSPITAL, INC. v. NORTHSIDE
HOSPITAL, INC.
(767 SE2d 290)

MILLER, Judge.

In *Ga. Dept. of Community Health v. Northside Hosp.*, 295 Ga.
446 (761 SE2d 74) (2014), the Supreme Court of Georgia reversed this
Court's opinion in *Ga. Dept. of Community Health v. Northside Hosp.*,
324 Ga. App. 326 (750 SE2d 401) (2013). We therefore vacate our
earlier opinion, adopt the opinion of the Supreme Court as our own,
and reverse the trial court's judgment.

*Judgment reversed. Barnes, P. J., and Ray, J., concur.*

DECIDED DECEMBER 16, 2014.

*Samuel S. Olens, Attorney General, Alex F. Sponseller, Assistant
Attorney General*, for appellant (case no. A13A0936).

*Parker, Hudson, Rainer & Dobbs, Armando L. Basarrate II,
Ashley L. Filip*, for appellant (case no. A13A0937).

*McKenna Long & Aldridge, Kathlynn B. Polvino, Robert M.
Rozier*, for appellee.